IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Hayley Bacon, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>Dolgencorp, Inc., et al., )<br>)<br>　　　　Defendant. )<br>_____ | | Case No. 8:10CV155<br><br>**ORDER** |
| Brian Burns, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>Dolgencorp, Inc., et al., )<br>)<br>　　　　Defendant. )<br>_____ | | Case No. 8:10CV156<br><br>**ORDER** |
| Lonny Evans, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>Dolgencorp, Inc., et al., )<br>)<br>　　　　Defendant. )<br>_____ | | Case No. 8:10CV157<br><br>**ORDER** |
| Debra Meredith, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>Dolgencorp, Inc., et al., )<br>)<br>　　　　Defendant. )<br>_____ | | Case No. 8:10CV158<br><br>**ORDER** |

| | | |
|---|---|---|
| Theresa Carlin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:10CV159 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Nancy Newton, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:10CV160 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Donald Robinson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:10CV161 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Lachelle Robinson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:10CV162 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Ann Rumbaugh,                                )<br>                                                     )<br>                    Plaintiff,              )<br>                                                     )<br>        v.                                        )<br>                                                     )<br>Dolgencorp, Inc., et al.,                )<br>                                                     )<br>                    Defendant.         )<br>_____ | Case No. 8:10CV163<br><br>**ORDER** |

Upon the Joint Status Report on Settlement (#58 in Case No. 8:10cv155), filed by the parties,

**IT IS ORDERED:**

1. On or before **December 12, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the cases; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 10th day of November 2011.

                              BY THE COURT:


                              s/ F.A. Gossett, III
                              United States Magistrate Judge